UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARAN PIETOSI, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>HP, INC.,<br><br>　　　　　　Defendant. | Case No. 22-cv-04273-VC<br><br>**ORDER ON SEALING MOTIONS**<br><br>Re: Dkt. Nos. 194, 195, 200, 201, 207, 209, 210, 217 |

　　　　AMD's Motions to Seal at Dkt. Nos. 200, 207, and 217 are granted. The Court finds good cause to seal quotations from the source code and change log due to potential harm to AMD's competitive standing and the nature of AMD's products as susceptible to security vulnerabilities. HP's Motion to Seal at Dkt. No. 201 and the plaintiffs' Motions to Seal at Dkt. Nos. 195 and 210 are dismissed as moot. The plaintiffs' Motions to Seal at Dkt. Nos. 194 and 209 are denied. The Court does not find good cause to seal HP's information in those documents, especially given that HP did not submit any statements in support of sealing. The parties should refile the documents, redacted per the Motions to Seal at Dkt. Nos. 200, 207, and 217, by March 6, 2025.

　　　　**IT IS SO ORDERED.**

Dated: February 26, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge