BEATRICE B. NGUYEN (SBN 172961)
  bbnguyen@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center
26th Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

ASTOR H.L. HEAVEN (*admitted pro hac vice*)
  aheaven@crowell.com
ELI LOUIS BERNS-ZIEVE (*pro hac vice*)
  eberns-zieve@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Ave. NW
Washington, DC 20004
Telephone: 202.624.2500
Facsimile: 202.628.5116

*Attorneys for Defendant HP Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TARAN PIETOSI, REY RAIN RAMOS, LAURA LAKE, and ANIETTE BRUZOS DE LOGORZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HP INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:22-cv-04273-VC<br><br>**CERTIFICATE OF SERVICE OF DOCUMENTS IN SUPPORT OF HP INC.'S MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF REY RAIN RAMOS**<br><br>Hon. Vince Chhabria |

## PROOF OF SERVICE

I, Shannon Williams, state:

My business address is 3 Embarcadero Center, 26th Floor, San Francisco, California 94111. I am over the age of eighteen years and not a party to this action.

On February 19th, 2026, I served on Plaintiffs' counsel the foregoing document(s) described as:

- **Exhibit 6 to Declaration of Astor H.L. Heaven in Support of Defendant HP Inc.'s Motion for Summary Judgment as to Plaintiff Rey Rain Ramos**

- **Exhibit 7 to Declaration of Astor H.L. Heaven in Support of Defendant HP Inc.'s Motion for Summary Judgment as to Plaintiff Rey Rain Ramos**

- **Exhibit 8 to Declaration of Astor H.L. Heaven in Support of Defendant HP Inc.'s Motion for Summary Judgment as to Plaintiff Rey Rain Ramos**

- **Exhibit 9 to Declaration of Astor H.L. Heaven in Support of Defendant HP Inc.'s Motion for Summary Judgment as to Plaintiff Rey Rain Ramos**

- **Exhibit 10 to Declaration of Astor H.L. Heaven in Support of Defendant HP Inc.'s Motion for Summary Judgment as to Plaintiff Rey Rain Ramos**

BY ELECTRONIC MAIL: Based on a court order or an agreement of the parties to accept service by electronic mail, I caused the document(s) identified above to be transmitted electronically to Plaintiffs' counsel. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 20, 2026, at San Francisco, California.

_____
Shannon Williams