**BATHAEE DUNNE LLP**
Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Christopher R. Pitoun (SBN 290235)
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Tel.: (213) 330-7150
christopherp@hbsslaw.com

*Attorneys for the* Pietosi *and* Day *Plaintiffs and the Proposed Classes*

[Additional counsel on signature page]

**CROWELL & MORING LLP**
Beatrice B. Nguyen (SBN 172961)
bnguyen@crowell.com
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel.: (415) 365-7815

*Attorneys for Defendant HP Inc.*

**O'MELVENY & MYERS LLP**
Matthew D. Powers (S.B. #212682)
mpowers@omm.com
Two Embarcadero Center
28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*Attorneys for Defendant Advanced Micro Devices, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TARAN PIETOSI, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>HP INC.,<br><br>    Defendant. | Case No. 3:22-cv-04273-VC<br><br>**STIPULATION AND [PROPOSED] ORDER RE CASE SCHEDULE**<br><br>Hon. Vince Chhabria |
| JONATHAN DAY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED MICRO DEVICES, INC.,<br><br>Defendant. | Case No. 3:22-cv-04305-VC |

In accordance with the Court's April 2, 2026 minute order (*Pietosi* Dkt. No. 347, *Day* Dkt. No. 400) and its Standing Order for Civil Cases, the parties in *Pietosi, et al. v. HP, Inc.*, No. 3:22-cv-04273-VC, and *Day, et al. v. Advanced Micro Devices, Inc.*, No. 3:22-cv-04305-VC,[1] by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on April 2, 2026, the Court ordered the *Pietosi* and *Day* parties to "meet and confer and come up with an aggressive schedule for adjudicating class certification motions" in both actions and to submit joint or competing proposed schedules by April 10, 2026, *Pietosi* Dkt. No. 347, *Day* Dkt. No. 400;

THEREFORE, the parties, by and through their undersigned counsel, hereby stipulate and request that the Court enter the following schedule in each case:

| Event | Date |
|---|---|
| Deadline for parties to serve initial class certification requests for production (Fed. R. Civ. P. 34) | April 17, 2026 |
| Deadline for substantial completion of production in response to initial class certification requests for production | June 30, 2026[2] |
| Close of class certification fact discovery | August 7, 2026 |
| Plaintiffs' class certification expert disclosures due | September 11, 2026 |
| Defendants' class certification expert rebuttal disclosures due | October 12, 2026 |
| Deadline for class certification expert depositions | October 26, 2026 |

---

[1] The *Pietosi* parties are Plaintiffs Taran Pietosi, Laura Lake, Aniette Bruzos De Logorz, and Rey Rain Ramos and Defendant HP Inc. ("HP"). The *Day* parties are Plaintiffs Jonathan Day and Michelle Dobek and Defendant Advanced Micro Devices, Inc. ("AMD").

[2] As of April 9, 2026, AMD and HP have received Plaintiffs' Third (for HP) and Fourth (for AMD) Sets of Requests for Production. AMD and HP believe that given the breadth of Plaintiffs' requests, production of all documents sought by Plaintiffs will not be possible by June 30. AMD and HP plan to investigate and confer with Plaintiffs regarding the scope and timing of their productions, and the parties will raise any unresolved discovery disputes with the Magistrate Judge.

| Event | Date |
|---|---|
| Deadline for Plaintiffs to file motion for class certification and *Daubert* motions[3] | November 16, 2026 |
| Deadline for Defendants to file opposition to motion for class certification, *Daubert* motions, and oppositions to Plaintiffs' *Daubert* motions | December 18, 2026 |
| Deadline for Plaintiffs to file reply in support of motion for class certification, oppositions to Defendants' *Daubert* motions, and replies in support of Plaintiffs' *Daubert* motions | January 15, 2027 |
| Deadline for Defendants to file replies in support of Defendants' *Daubert* motions | January 22, 2027[4] |
| Hearings on motions for class certification and *Daubert* motions | February 18, 2027 |

---

[3] "Briefs in support of or opposition to class certification motions cannot exceed 25 pages, and reply briefs cannot exceed 15 pages. . . . Any *Daubert* motion seeking to preclude a party's reliance on an expert opinion at the class certification stage must be filed in the same brief as the motion for class certification or the opposition to that motion. Oppositions and replies relating to the *Daubert* motion must also be filed in the same briefs as argument on the merits of the class certification motion. The only exception is when the party moving to exclude is the party opposing class certification, in which case that party may file a reply brief (not to exceed 5 pages and filed no later than 7 days after the other party's reply in support of class certification) in support of the *Daubert* motion." Standing Order for Civil Cases ¶¶ 53-54.

[4] Seven days after the deadline for Plaintiffs' reply in support of class certification. *See* Standing Order for Civil Cases ¶ 54.

Dated: April 10, 2026

By:  */s/ Beatrice B. Nguyen*
    Beatrice B. Nguyen

**CROWELL & MORING LLP**
Beatrice B. Nguyen (SBN 172961)
bnguyen@crowell.com
3 Embarcadero Center
26th Floor
San Francisco, CA 94111
Tel.: (415) 365-7815

Astor H.L. Heaven, III (*pro hac vice*)
aheaven@crowell.com
Eli Berns-Zieve
Eberns-zieve@crowell.com
1001 Pennsylvania Ave. NW
Washington, DC 20004
Tel.: (202) 624-2599

*Attorneys for Defendant HP Inc.*


By:  */s/ Matthew D. Powers*
    Matthew D. Powers

**O'MELVENY & MYERS LLP**
Matthew D. Powers (S.B. #212682)
mpowers@omm.com
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

*Attorneys for Defendant Advanced Micro Devices, Inc.*

Respectfully submitted,

By:  */s/ Brian J. Dunne*
    Brian J. Dunne

**BATHAEE DUNNE LLP**
Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 345965)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Christopher R. Pitoun (SBN 290235)
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Tel.: (213) 330-7150
christopherp@hbsslaw.com

Emilee Sisco (*pro hac vice*)
1301 2nd Avenue, Suite 2000
Seattle, WA 98101
Tel.: (206) 623-7292
emilees@hbsslaw.com

*Attorneys for the* Pietosi *and* Day *Plaintiffs and the Proposed Classes*

Stipulation and [~~Proposed~~] Order re Case Schedule – Nos. 3:22-cv-04273-VC, 3:22-cv-04305-VC

## FILER ATTESTATION

I am the ECF user who is filing this document. Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that each of the other signatories have concurred in the filing of the document.

Dated: April 10, 2026                    By:   */s/ Brian J. Dunne*
                                               Brian J. Dunne

### PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:    April 16, 2026                        _____
                                                VINCE CHHABRIA
                                                United States District Judge

Stipulation and [Proposed] Order re Case Schedule – Nos. 3:22-cv-04273-VC, 3:22-cv-04305-VC